No. 140. DE MEERLEER *v.* MICHIGAN. October 21, 1946. Petition for writ of certiorari to the Supreme Court

of Michigan granted. *David W. Louisell* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.